■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES HARRIS, Appellant. [796 NYS2d 273]—Appeal from a judgment of the Wyoming County Court (Michael F. Griffith, J.), rendered March 23, 2004. The judgment convicted defendant, upon a jury verdict, of aggravated harassment of an employee by an inmate.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him upon a jury verdict of aggravated harassment of an employee by an inmate (Penal Law § 240.32). Defendant has failed to preserve for our review his sole contention that the evidence is legally insufficient to support the conviction (*see People v Hines,* 97 NY2d 56, 61 [2001], *rearg denied* 97 NY2d 678 [2001]; *see also People v Sweeney*, 15 AD3d 917 [2005]). In any event,

we reject that contention (*see People v Pysadee*, 1 AD3d 959, 960 [2003], *lv denied* 2 NY3d 744 [2004]; *see also People v Burkett*, 12 AD3d 1196, 1197 [2004], *lv denied* 4 NY3d 762 [2005]; *People v Moore*, 308 AD2d 599, 600 [2003], *lv denied* 1 NY3d 576 [2003]; *see generally People v Bleakley*, 69 NY2d 490, 495 [1987]). Present—Scudder, J.P., Kehoe, Smith, Pine and Hayes, JJ.